# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JOHNNY SMITH**                                                                 **PLAINTIFF**

**V.**                                                             **NO. 4:20-CV-185-JMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**                  **DEFENDANT**

## ORDER

Before the Court are Plaintiff's fourth motion for enlargement of time to submit brief [32]; Plaintiff's motion to accept brief filed out of time and for leave to amend that brief [34]; the motion of Latanga L. Griffin, the duly appointed administrator of the estate of Johnny Smith, deceased, to be substituted as the plaintiff herein [41]; and the Acting Commissioner's unopposed motion for extension of time to file her brief [42]. For good cause shown, it is ORDERED

1. That Latanga L. Griffin's motion [41] to be substituted as the plaintiff in this action, in the place of Johnny Smith, is GRANTED; and the Clerk is directed to amend the record to reflect the substitution of Latanga L. Griffin, administrator of the estate of Johnny Smith, deceased, as the plaintiff herein.

2. That Plaintiff's motion [34] is GRANTED, and her amended brief [35] filed September 9, 2021, is deemed the operative brief and timely filed.

3. That the Acting Commissioner's motion [42] for additional time to file her brief is GRANTED, and her brief is now due on or before November 11, 2021.

4. That the hearing scheduled for November 1, 2021, is CANCELLED and will be reset by separate notice.

5.  That Plaintiff's fourth motion [32] for an enlargement of time in which to submit a brief is deemed MOOT.

**SO ORDERED** this, the 13th day of October, 2021.

/s/Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**